UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **PERRIS LEE,** | ) | Case No. CV 09-3883-JHN(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **DERRYL ADAMS, Warden,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: March 9, 2010

_____
Jacqueline H. Nguyen
United States District Judge